# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| V. : | NO. 4:04-CR-67-02-HLM |
| : | |
| R. SCOTT CUNNINGHAM : | |

## ORDER REVOKING SUPERVISED RELEASE JUDGMENT AND COMMITMENT

On the 31st day of July 2009, came the attorney for the government, and the defendant who appeared in person with counsel, Scott Forster, Esq.

A United States Probation Officer of this Court has moved to revoke the supervised release heretofore imposed on the defendant the 12th day of April 2006, by the Honorable Harold L. Murphy, United States District Judge, sitting in the United States District Court for the Northern District of Georgia, Rome Division.

Upon the evidence presented as to the allegations contained in the petition, the Court finds that defendant violated the terms and the conditions of his supervised release, it is hereby

ORDERED BY THE COURT that the supervised release be, and the same is hereby REVOKED.

**IT IS ADJUDGED** that the defendant, having been found guilty of said offense, is hereby committed to the custody of Bureau of Prisons for a term of Four(4) months, to be followed by a term of Thirty (30) months supervised release. While on supervised release, the defendant shall comply all the previously imposed conditions of supervised release and with the following additional special conditions:

1. The defendant shall make a full and a complete disclosure of his finances and shall submit to an audit of his financial documents, at the request of the United States Probation Officer.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the United States Probation Officer and unless the defendant is in compliance with the installment payment schedule.

3. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

4. The defendant shall submit to a search of his person, property, both real or personal, residence, place of business or employment, and vehicle at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision .

The defendant is allowed to voluntarily surrender to his assigned institution as directed by the United States Marshal.

The Clerk is directed to deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officers and that copy will serve as the commitment of the defendant.

SO ORDERED, this 3rd day of August 2009.

_____
HAROLD L. MURPHY
United States District Judge

3